VINCENT M. COSCINO (BAR NO. 122086)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone:  (949) 553-1313
Fax:  (949) 553-8354
E-Mail:  vcoscino@allenmatkins.com

Attorneys for Creditor
Allen Matkins Leck Gamble Mallory & Natsis LLP

UNITED STATES BANKRUPTCY COURT

Southern District of California

| In re | Case No. 14-02607-CL7 |
|---|---|
| Burlingame Capital Partners II, LP, a Delaware Limited Partnership, | Chapter 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| | Judge:   Hon. Christopher B. Latham |

**PLEASE TAKE NOTICE** that the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins") hereby appears in the above-captioned bankruptcy case on behalf of Allen Matkins and hereby requests special notice and service of all pleadings or documents in all matters pertaining to the above-referenced bankruptcy case that must be noticed to the secured creditors, the unsecured creditors, the creditors' committee, or other parties in interest.  Allen Matkins requests that for all notice purposes, the following address be used:

> **Vincent M. Coscino**
> **Allen Matkins Leck Gamble Mallory & Natsis LLP**
> **1900 Main Street, Fifth Floor**
> **Irvine, California 92614-7321**
> **Tel:  (949) 553-1313**
> **Fax:  (949) 553-8354**
> **E mail: vcoscino@allenmatkins.com**

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1017972.01/OC

Furthermore, Allen Matkins hereby requests copies of any proposed disclosure statement(s) or plan(s) of reorganization filed in this case, pursuant to Federal Rule of Bankruptcy Procedure 3017(a).

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct shall constitute a waiver of Allen Matkins':

(a)     Right to have any and all final orders in any and all noncore matters entered only after de novo review by a United States District Court judge;

(b)     Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. section 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c)     Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or

(d)     Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

All of the above rights are expressly reserved and preserved unto Allen Matkins without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1017972.01/OC

-2-

**PLEASE TAKE FURTHER NOTICE** that the undersigned law firm, including any attorney therein, has no authority - express, implied, or apparent - to accept service of a summons or other process on behalf of Allen Matkins.  No such authorization, implied or expressed, may be inferred from the undersigned's representation of Allen Matkins in this case.

Dated:  April  30, 2014

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP

By:  /s/ Vincent M. Coscino
     VINCENT M. COSCINO
     Attorneys for Creditor
     Allen Matkins Leck Gamble Mallory
      & Natsis LLP

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

1017972.01/OC

-3-

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and am not a party to this action.  My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On April 30, 2014, I served the within document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

☒ **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** the foregoing document(s) will be served by the court via NEF and hyperlink to the document.  On April 30, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- James W. Beshears jwblaw@sbcglobal.net

- James L. Kennedy jim@jlkennedy.com, jkennedy@ecf.epiqsystems.com

- United States Trustee ustp.region15@usdoj.gov

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on April 30, 2014, at Irvine, California.


| Kim Rodriguez | /s/ Kim Rodriguez |
|---|---|
| (Type or print name) | (Signature of Declarant) |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

1017972.01/OC