| | |
|---|---|
| SULLIVAN, HILL, LEWIN, REZ & ENGEL<br>A Professional Law Corporation<br>  James P. Hill, SBN 90478<br>  Gary B. Rudolph, SBN 101921<br>550 West "C" Street, Suite 1500<br>San Diego, California 92101<br>Telephone: (619) 233-4100<br>Fax Number: (619) 231-4372<br><br>Attorneys for James L. Kennedy,<br>Chapter 7 Trustee | **Electronically Filed: June 11, 2014** |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BURLINGAME CAPITAL PARTNERS II, L.P., a Delaware Limited Partnership,<br><br>           Debtor. | CASE NO. 14-02607-CL7<br><br>Chapter 7<br><br>**NOTICE OF AMENDMENT TO TRUSTEE'S NOTICE OF INTENDED ACTION TO DISMISS CROSS COMPLAINT AGAINST ALLEN MATKINS, ET AL. AND APPEAL OF DISCOVERY SANCTION ORDER**<br><br>Dept.: 5<br>       Hon. Christopher B. Latham |

On May 29, 2014, as docket no. 18, the Trustee filed a Notice of Intended Action to dismiss a cross-complaint against Allen Matkins, et al., in the action pending in Superior Court of California, County of San Francisco as case no. CGC-10-505145 and appeal of discovery sanction order.

///
///
///
///
///
///
///
///
///

362888-v1

- 1 -

1    The Notice of Intended Action only identified that the entire cross-complaint would be
2 dismissed and by this amendment, the Trustee is advising creditors and parties-in-interest that he
3 intends to dismiss the entire cross-complaint with prejudice.

5 Dated:     June 11, 2014              SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                        A Professional Law Corporation

7                                       By:      */s/Gary B. Rudolph*
                                                 James P. Hill
8                                                Gary B. Rudolph
                                                 Attorneys for James L. Kennedy
9                                                Trustee of the Bankruptcy Estate of
                                                 BURLINGAME CAPITAL PARTNERS II, LP,
10                                               Defendant and Cross-Complainant

362888-v1

- 2 -