1   SULLIVAN, HILL, LEWIN, REZ & ENGEL          **Electronically Filed:  07/22/2014**
    A Professional Law Corporation
2     James P. Hill, SBN 90478
      Gary B. Rudolph, SBN 101921
3   550 West "C" Street, Suite 1500
    San Diego, California 92101
4   Telephone:  (619) 233-4100
    Fax Number: (619) 231-4372
5
6   Attorneys for James L. Kennedy,
    Chapter 7 Trustee

7

8               UNITED STATES BANKRUPTCY COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10  In re                                )   CASE NO. 14-02607-CL7
                                         )
11  BURLINGAME CAPITAL PARTNERS II,      )   Chapter 7
    L.P., a Delaware Limited Partnership, )
12                                       )   **STIPULATION AUTHORIZING**
                  Debtor.                )   **TURNOVER OF DOCUMENTS BY**
13                                       )   **RETIRED JUDGE ALFRED G.**
                                         )   **CHIANTELLI**
14                                       )
                                         )   Dept.:  5
15                                       )        Hon. Christopher B. Latham
                                         )
16  _____)

17          This Stipulation Authorizing Turnover of Documents by Retired Judge Alfred G. Chiantelli

18  is entered into by and between James L. Kennedy, Trustee of the Bankruptcy Estate of Burlingame

19  Capital Partners II, L.P.; the Debtor Burlingame Capital Partners II, L.P.; and Creditor Allen

20  Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") by and through their counsel as

21  follows:

22          1.      On or about November 8, 2010, Allen Matkins filed a Complaint in the Superior

23  Court of the State of California for the County of San Francisco ("State Court Action") against the

24  Debtor and other related parties for breach of contract and other causes of action to recover fees and

25  costs incurred by the Debtor with Allen Matkins which the Debtor had failed to pay.  The State

26  Court Action was assigned case number CGC-10-505145.

27

28

363495-v1                           - 1 -

2.      On or about November 18, 2010 the Debtor and its general partner filed a Cross-Complaint in the State Court Action against Allen Matkins and other related parties alleging various cause of action including professional negligence.

3.      An issue arose as a result of a Motion for Right to Attach Order, Temporary Protective Order and Order for Issuance of Writ of Attachment, filed by Allen Matkins in the State Court Action.  As a proposed mechanism to address the Motion for Right to Attach Order, Temporary Protective Order and Order for Issuance of Writ Attachment, Allen Matkins and the Debtor entered into a Stipulated Agreement and Order, entered July 9, 2012 whereby the Debtor would disclose and identify its assets and current net worth to the Honorable Alfred G. Chiantelli (Retired) of ADR Services, Inc., under seal and confidentially as against all other parties.  See Exhibit A attached hereto and herein incorporated by reference.

4.      In a letter dated July 1, 2014, counsel for the Trustee made a request of Retired Judge Chiantelli to provide all documents that were presented to him pursuant to the stipulation attached hereto as Exhibit A.  A copy of the letter is attached as Exhibit 1 to the accompanying Declaration of Gary B. Rudolph and herein incorporated by reference.

5.      As contained in the Declaration of Gary B. Rudolph, Retired Judge Chiantelli called Mr. Rudolph and requested a court order authorizing the turnover of the documents because they were provided to him under seal and confidentially as against all other parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      6.      In that regard, the parties hereto agree and consent to Retired Judge Chiantelli's

2 turnover to the Trustee and his counsel all documents provided to him by the debtor and the debtor's

3 counsel in connection with the July 9, 2012 Stipulated Agreement and Order (see, Exhibit A).

4      7.      This Stipulation may be executed in counterparts with the counterparts being treated

5 together as a singular document.

6

7 Dated:     July 4, 2014            SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                    A Professional Law Corporation

8

9                                       By:
                                        James P. Hill

10                                         Gary B. Rudolph
                                        Attorneys for James L. Kennedy

11                                         Trustee of the Bankruptcy Estate of
                                        BURLINGAME CAPITAL PARTNERS II, LP

12

13 Dated:     July __, 2014

14

15                                       By:
                                        James W. Beshears, Esq.

16                                         Attorneys for Debtor BURLINGAME CAPITAL

17                                         PARTNERS II, LP

18 Dated:     July 1__, 2014

19

20                                       By:
                                        John W. Howard, Esq.

21                                         Attorneys for Debtor BURLINGAME CAPITAL
                                        PARTNERS II, LP

22

23 Dated:     July 1__, 2014

24                                       By:
                                        Steele N. Gillaspey, Esq.

25                                       Attorneys for Debtor BURLINGAME CAPITAL
                                        PARTNERS II, LP

26

27

28

363495-v1                                     - 3 -

6.    In that regard, the parties hereto agree and consent to Retired Judge Chiantelli's turnover to the Trustee and his counsel all documents provided to him by the debtor and the debtor's counsel in connection with the July 9, 2012 Stipulated Agreement and Order (see, Exhibit A).

7.    This Stipulation may be executed in counterparts with the counterparts being treated together as a singular document.

Dated:    July __, 2014

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation

By:    _____
        James P. Hill
        Gary B. Rudolph
        Attorneys for James L. Kennedy
        Trustee of the Bankruptcy Estate of
        BURLINGAME CAPITAL PARTNERS II, LP

Dated:    July 19, 2014

By:    _____
        James W. Beshears, Esq.
        Attorneys for Debtor BURLINGAME CAPITAL
        PARTNERS II, LP

Dated:    July __, 2014

By:    _____
        John W. Howard, Esq.
        Attorneys for Debtor BURLINGAME CAPITAL
        PARTNERS II, LP

Dated:    July __, 2014

By:    _____
        Steele N. Gillaspey, Esq.
        Attorneys for Debtor BURLINGAME CAPITAL
        PARTNERS II, LP

363495-v1

- 3 -

1

Dated:    July 10 2014                DUANE MORRIS, LLP

2

3                                      By: _____
                                           Alison Lane Cooper, Esq.
4                                          Attorneys for Allen Matkins Leck Gamble
                                           Mallory & Natsis, LLP
5

6
Dated:    July __, 2014                ALLEN MATKINS LECK GAMBLE MALLORY &
7                                      NATSIS, LLP

8
                                       By: _____
9                                          Vincent Coscino of
                                           Allen Matkins Leck Gamble Mallory & Natsis,
10                                         LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:    July __, 2014          DUANE MORRIS, LLP

By:    _____
       Alison Lane Cooper, Esq.
       Attorneys for Allen Matkins Leck Gamble
       Mallory & Natsis, LLP

Dated:    July 11, 2014          ALLEN MATKINS LECK GAMBLE MALLORY &
                                  NATSIS, LLP

By:    _____
       Vincent Coscino of
       Allen Matkins Leck Gamble Mallory & Natsis,
       LLP

363495-v1                         - 4 -

# EXHIBIT A

1  James C. Krieg (SBN 77069)
2  Allison Lane Cooper (SBN 152384)
   Jennifer R. McGlone (208229)
3  KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
   555 Montgomery Street, 17th Floor
4  San Francisco, CA 94111
   Telephone: (415) 249-8330
5  Facsimile: (415) 249-8333
6
   Attorneys for Plaintiff and Cross-Defendant
7  Allen Matkins Leck Gamble Mallory & Natsis LLP
8
9  John W. Howard, Esq. (SBN 80200)
   Michelle D. Volk, Esq. (SBN 217151)
10 JW HOWARD/ATTORNEYS, LTD.
   1508 West Lewis Street
11 San Diego, CA 92103
   Telephone: (619) 234-2842
12 Facsimile: (619) 234-1716
   Attorneys for Defendant and Cross-Complainant
13 Burlingame Capital Partners II, L.P.
14
15          SUPERIOR COURT OF THE STATE OF CALIFORNIA
16                COUNTY OF SAN FRANCISCO
17
18 ALLEN MATKINS LECK GAMBLE              CASE NO. CGC-10-505145
   MALLORY & NATSIS LLP,
19                                        STIPULATED AGREEMENT AND
20          Plaintiff,                    ~~PROPOSED~~ ORDER
21     v.                                 Designated Complex and Assigned for All
                                          Purposes to Hon. John Munter
22 BURLINGAME CAPITAL PARTNERS II,
   LP,
23
24          Respondent.
25 And Related Cross-Complaint.
26
27
28

STIPULATED AGREEMENT AND [~~PROPOSED~~] ORDER

The parties have met and conferred and stipulate as follows:

1.     Burlingame Capital Partners II, LP ("Burlingame") represents that as of the date of this stipulation, it has adequate resources to pay a judgment in favor of Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins"), should one eventuate, in the full amount of the claims Allen Matkins has alleged in this case. To resolve ongoing disputes, Burlingame will disclose and identify its assets and current net worth to the Honorable Alfred Chiantelli (Ret.) of ADR Services, Inc. under seal and confidentially as against all other parties. If Burlingame currently has a net worth that is less than two hundred and fifty thousand dollars ($250,000.00) after including Allen Matkins' claim herein of $1.9 million as a liability in its financial statement, Judge Chiantelli will so advise Allen Matkins.

2.     Burlingame will continue to operate its business in the normal course, paying its ordinary and customary bills and expenses. However, Burlingame shall not pay any money to Robert and/or Janice Judson as and for a return of capital or a distribution of profits on their ownership interest in Burlingame, if any, or as management fees.  Nothing herein shall be interpreted as disabling Burlingame from payment to Robert and/or Janice Judson of moneys owed by Burlingame to them by reason of secured loans made by Robert and/or Janice Judson to Burlingame.

3.     Burlingame will continue to attempt to sell its assets or parts of assets in the normal course of its business.

4.     In the event that a potential sale is generated through Burlingame's efforts, it will, within five (5) days of receiving a bona fide offer that it accepts, submit to Judge Chiantelli under seal and confidentially as against all others, a copy of same with an estimate of the expected proceeds of the sale. At the same time, Burlingame will advise Allen Matkins of its intent to sell and the identity of the asset, but not the details of the proposed transaction, provided, however, that neither Allen Matkins nor its officers, partners, associates, employees, shareholders and attorneys shall make any attempt to delay or interfere with the proposed transaction.

///

///

///

1

STIPULATED AGREEMENT AND [PROPOSED] ORDER

5.     If the offer results in a contract for the purchase and sale of an asset or part of an asset, a copy of same shall be deposited with Judge Chiantelli, under seal and confidentially as against all others together with a proposed closing statement that will indicate the expected proceeds of the sale.

6.     In the conduct of closing any such transaction, Burlingame may pay all ordinary and customary expenses up to date; will pay any and all liens existing before the date of any order that results from the instant Stipulation and will retain the balance of any proceeds without distribution to Burlingame investors, until further order of the Court, the obtaining of a judgment by Allen Matkins against Burlingame, or the conclusion of the instant case in favor of Burlingame.

7.     The procedure set forth herein shall be followed for each of Burlingame's assets until $1.65 million is retained, at which time all moneys generated by the sale of Burlingame assets over and above the $1.65 million may be distributed to investors in Burlingame's discretion, including Robert and Janice Judson, in accordance with Burlingame's governing documents. The amount to be retained shall be reduced pro rata to the extent that Allen Matkins' claims herein are reduced through dismissal or judgment.

8.     Upon entry of this stipulation into an order of the Court, Allen Matkins will withdraw its pending Renewed Motion for Right to Attach Order, Temporary Protective Order, and Order for Issuance of a Writ of Attachment, currently set for hearing on July 19, 2012.

It is so stipulated.

Dated:      June 26, 2012          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____
JAMES C. KRIEG
Attorneys for Plaintiff/Cross-Defendant
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS LLP

///
///

2
STIPULATED AGREEMENT AND [PROPOSED] ORDER

1   Dated:        June **26**, 2012          JW HOWARD/ATTORNEYS LTD

2

3                                           By: _____

4                                               JOHN W. HOWARD
                                                Attorneys for Defendant/Cross-Complainant
5                                               BURLINGAME CAPITAL PARTNERS II, L.P.

6
    **IT IS SO ORDERED:**
7
                   JUL 0 9 2012
8   Dated        ~~June~~, 2012            _____
                                                JOHN E. MUNTER
9
                                           HON. JOHN E. MUNTER OF THE SUPERIOR
10                                         COURT OF THE STATE OF CALIFORNIA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
114620              STIPULATED AGREEMENT AND [PROPOSED] ORDER
ACOOPER