CSD1187
03/15

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Burlingame Capital Partners II, L.P., a Delaware Limited Partnership**
 3952 D Clairmont Mesa Blvd Suite 441
San Diego, CA 92117

Case number:  14–02607–CL7
Chapter:  7
Judge  Christopher B. Latham

Employer's Tax I.D. No.:  94–3389074
*Debtor: No Known Aliases*

## NOTICE OF STATUS CONFERENCE

YOU ARE HEREBY NOTIFIED that the STATUS CONFERENCE on the above entitled proceeding to wit:

**STATUS CONFERENCE (RE APPLICATION FOR SECOND ORDER REQUIRING PRODUCTION OF DOCUMENTS AND APPEARANCE FOR RULE 2004 EXAMINATION BY BURLINGAME CAPITAL PARTNERS II LP FILED BY TRUSTEE JAMES L. KENNEDY)**

has been set for 4/22/15 at 11:00 AM, in Room 318, Courtroom 5, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.

Dated:  3/17/15

Barry K. Lander
Clerk of the Bankruptcy Court