# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | BURLINGAME CAPITAL PARTNERS II, L.P., A DELAWARE LIMITED PARTNERSHIP |
| **Case Number:** | 14-02607-CL7          **Chapter:**  7 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 26, 2015 02:30 PM   DEPARTMENT 5 |
| **Bankruptcy Judge:** | CHRISTOPHER B. LATHAM |
| **Courtroom Clerk:** | JILLMARIE MCGREW |
| **Reporter / ECR:** | KAREN CARTER |

## *Matter:*

STATUS CONFERENCE (RE APPLICATION FOR SECOND ORDER REQUIRING PRODUCTION OF DOCUMENTS AND APPEARANCE FOR RULE 2004 EXAMINATION BY BURLINGAME CAPITAL PARTNERS II LP FILED BY TRUSTEE JAMES L. KENNEDY) (fr. 6/29/15)

## *Appearances:*

GARY B. RUDOLPH, ATTORNEY FOR JAMES L. KENNEDY
JEFFREY D. CAWDREY, ATTORNEY FOR ROBERT D. JUDSON

## *Disposition:*

Application for Rule 2004 exam withdrawn per Atty Rudolph on the record.
Matter is taken off calendar.

Trustee's Notice of Proposed Abandonment (re ECF No. 87) discussed as to the abandonment of books, records, and all other tangible and intangible property.
Images of Debtor's hard drives and flash drives to be retained by Atty Cawdrey until final closing of the case as agreed to by both counsel.

Litigation hold as set forth in Court's Amended Minute Order (re ECF No. 70) modified as follows:
Upon Court's administrative closing of the case following the filing of Trustee's Report of No Distribution, images of Debtor's hard drives and flash drives retained by Atty Cawdrey as previously directed are to be returned to the Debtor.

8/27/2015     2:34:39PM